

# In the Missouri Court of Appeals
# Eastern District

FEBRUARY 4, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.     ED98490     STATE OF MISSOURI, RES V KURT DWAYNE USRY, APP

2.     ED98634 JAMES ATCHISON, RES V PORTER POULTRY, APP

3.     ED99454 STATE OF MISSOURI, RES V ROBERT B. HUNT, APP

4.     ED99627 STATE OF MISSOURI, RES V CHICORY GRIFFIN, APP

5.     ED99740 JANET ALLEN, APP V FULL SERV. SYSTEMS & DES, RES